**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO ERIK LUGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS MOORE (OWNER), *et al.,*<br><br>　　　　Defendant. | CASE NO.: 3:17-CV-00394-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #5[1]) entered on August 2, 2017, recommending that the Court grant Plaintiff's IFP Application (ECF No. 4); however, Plaintiff should be required to pay an initial partial filing fee in the amount of $16.10. Thereafter, whenever his prison account exceeds $10, he should be required to make monthly payments in the amount of twenty percent of the preceding month's income credited to his account until the filing fee is paid; the Complaint (ECF No. 1-1) should be filed and this action should be dismissed. On August 16, 2017, Plaintiff filed his Objection to Report and Recommendation Regarding Motion for Summary Judgment (ECF No. 6).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #5) entered on August 2, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED the Plaintiff's IFP Application (ECF No. 4) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall file Plaintiff's Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that this action is DISMISSED. The Clerk of the Court shall close the case.

IT IS SO ORDERED this 22nd day of August, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.